FILED
JUN 20 2023 SMD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-CR-363
Judge Alonso
Magistrate Judge Kim

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

June 20, 2023

| UNITED STATES OF AMERICA | Violation: Title 21, United States Code, Section 841(a)(1) |
|---|---|
| v. | |
| JUAN SOLIS | |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about February 2, 2023, at Plainfield, in the Northern District of Illinois, Eastern Division,

JUAN SOLIS,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY